August 11, 2006

Ms. Donna Lucile Phillips
1112 East 1st Street, Suite A
Fort Worth, TX 76102

Ms. Sylvia Margarita Ornelas
Ornelas, Castillo & Ornelas PLLC
401 East Hillside Road Capitol Centre
Laredo, TX 78041

Mr. Robert James Ford
Snow & Laurel
1220 San Agustin Ave.
Laredo, TX 78040
Ms. Rebecca Ramirez
Webb County District Attorney
1110 Victoria, Suite 401
Laredo, TX 78040

Honorable Jesus Garza
Judge, County Court at Law #2
1110 Victoria Ste 404
Laredo, TX 78040

Ms. Adriana Benavides Maddox
1015 Scott Street
Laredo, TX 78040

RE: Case Number: 06-0580
 Court of Appeals Number: 04-06-00144-CV
 Trial Court Number: 2005PB6000086L2

Style: IN RE JUAN JOSE ESCAMILLA, SR. AND OLGA ESCAMILLA

Dear Counsel:

 Today the Supreme Court of Texas granted Relators' Motion for
Emergency Stay and issued the enclosed stay order in the above-referenced
case. The petition for writ of mandamus remains pending before this Court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosures
|cc:|Ms. Margie Ramirez |
| |Ibarra |
| |Mr. Keith E. Hottle |